UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| LARRY POWELL | : |
| v. | : CIV. NO. 3:00cv1085 (HBF) |
| THOMAS SCANLON, ET AL. | : |

SCHEDULING ORDER

On February 18, 2004, the court conducted a telephone conference to discuss the status of the case.

The plaintiff is now appearing as a <u>pro se</u> litigant. There has been no activity on this case since the last telephone status conference held on January 6, 2003. The parties reported that plaintiff has filed an appeal of his criminal case.

With the agreement of the parties, the following schedule was set.

Defendant's motion for summary judgment will be due on or before Friday, March 19, 2004. Plaintiff's response will be due on or before Friday, April 16, 2004.

SO ORDERED at Bridgeport this 19th day of February 2004.

\_\_\_\_/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE