# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

---------------------------------------------------- X
:
LARRY POWELL,                                        :
     Plaintiff,                              :
:
v.                                                   :   300 CV 1085 (HBF)
:
THOMAS SCANLON and                                   :
BRIAN CRONIN                                         :
     Defendants                              :
:   March 17, 2004
---------------------------------------------------- X

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants Thomas Scanlon and Brian Cronin pursuant to FRCP 56 move for summary judgment for the defendants and that the plaintiff's complaint be dismissed, since plaintiff sues for false arrest and excessive force, which is an illegal collateral attack on a criminal conviction for possession of narcotics and assault on a police officer. *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

Plaintiff sues for false arrest (possession of narcotics) and excessive force after he was arrested on **March 4, 2000**. He was tried in Stamford Superior Court (Nigro, J) (2/4 to 2/14/03) and convicted (on 2/14/03) after a jury trial for **possession of narcotics and assault on a police officer**. He was sentenced to five years in jail followed by three years of "special parole" in **April, 2003**; his conviction is currently under appeal, "State v. Powell", AC 24582.

This Motion for Summary Judgment is filed pursuant to order of Mag. J. Fitzsimmons dated February 18, 2004. The operative complaint is dated 6/8/00. The Amended Answer and Special Defenses is dated 2/28/03.

In support of this Motion, a Memorandum in support of the City's Motion for Summary Judgment is accompanied by a Local Rule 56 (a) 1 Statement of Facts ("S/F"), a Notice to Pro Se party, and exhibits. A-Criminal transcript summary; B- Off. Scanlon's incident report; C-Criminal transcript for 2/4/03; D- transcript, 2/5/03; E- transcript, 2/6/03; F- transcript, 2/11/03; G- transcript, 2/13/03; H- transcript, 2/14/03; I- transcript, 2/17/03; J- transcript, 4/17/03; K- Certified copy of conviction, and L- certified copy of appeal of criminal conviction. A-Criminal transcript summary; B- Off. Scanlon's incident report; C-Criminal transcript for 2/4/03; D- transcript, 2/5/03; E- transcript, 2/6/03; F- transcript, 2/11/03; G- transcript, 2/13/03; H- transcript, 2/14/03; I- transcript, 4/17/03; J-Certified copy of conviction, and K- certified copy of appeal of criminal conviction.

For the foregoing reasons, and the reasons set forth in the accompanying Memo, the defendants' motion for summary judgment should be granted as to Plaintiff's complaint, and Plaintiff's complaint should be dismissed.

> THE DEFENDANTS
> THOMAS SCANLON, et al
>
> THOMAS M. CASSONE
> DIRECTOR OF LEGAL AFFAIRS
>
> BY_____
>   James V. Minor
>   Assistant Corporation Counsel
>   Bar No. CT 05963
>   888 Washington Boulevard
>      box 10152
>   Stamford, CT  06904-2152
>   977-4087 fax 203-977-5560

**<u>CERTIFICATION</u>**

      I hereby certify that a copy of the foregoing Motion, Memo in Support thereof, and Local Rule 56 (a) 1 Statement of Facts, with Exhibits A-K, Notice to Pro Se party, was mailed postage prepaid on March 17, 2004 to the following:

    Larry Powell, Inmate number 142982  
    North Block 401  
    900 Highland Ave  
    Cheshire CT 06410  
    Tel general office- 203-250-2600; Counselor Gallick/Clark  203-250-2049

_____  
James V. Minor

3