UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------- X
                                                                   :

LARRY POWELL,                                 :
       Plaintiff,                                   :
                                                                  :
v.                                                        :                  300 CV 1085 (HBF)
                                                                  :

THOMAS SCANLON and
BRIAN CRONIN                              :
       Defendants                           :
                                                                  :                  March 17, 2004
------------------------------------------------- X

**NOTICE TO PRO SE PLAINTIFF OPPOSING MOTION FOR SUMMARY
JUDGMENT PURSUANT TO LOCAL RULE 56 (b)**

     Defendants City of Stamford, et al, hereby give notice pursuant to Local Rule 56 (a) 4 to the pro se plaintiff, Larry Powell. See the notice required by the court following this page. Note that pursuant to court order dated 2/18/04, you have until **April 16, 2004,** to respond. You can request an extension of time if you need it.

                                                       THE DEFENDANTS, THOMAS SCANLON, et al

                                                       THOMAS M. CASSONE
                                                       DIRECTOR OF LEGAL AFFAIRS

                                                       BY_____
                                                         James V. Minor, Ass't Corp.Counsel CT 05963
                                                         888 Washington Blvd PO Box 10152
                                                         Stamford, CT  06904-2152
                                                         977-4087 fax 203-977-5560