## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
------------------------------------------------------ X
                                                       :
LARRY POWELL,                                          :
        Plaintiff,                                     :
                                                       :
v.                                                     :     300 CV 1085 (HBF)
                                                       :
THOMAS SCANLON and                                     :
BRIAN CRONIN                                           :
        Defendants                                     :
                                                       :     March 17, 2004
------------------------------------------------------ X
```

## LIST OF EXHIBITS

- A- **Criminal transcript summary (37 pages)**
- B- **PO. Scanlon's incident report**
- C- **Criminal transcript for 2/4/03**
- D- **Criminal transcript for 2/5/03**
- E- **Criminal transcript for 2/6/03**
- F- **Criminal transcript for 2/11/03**
- G- **Criminal transcript for 2/13/03**
- H- **Criminal transcript for 2/14/03**
- I- **Criminal transcript for 4/17/03**
- J- **Certified copy of conviction, list of witnesses and exhibits**
- K- **Certified copy of appeal of criminal conviction**