UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------- X
                                    :

LARRY POWELL,                :
         Plaintiff,       :
                                      :

v.                           :         300 CV 1085 (HBF)
                                      :

THOMAS SCANLON and
BRIAN CRONIN             :
        Defendants      :
                                    :         March 17, 2004
---------------------------------------------------- X

## <u>SUMMARY OF CRIMINAL TRANSCRIPTS</u>

     The following summary was prepared by Paralegal Intern Gary Hendrickson (Norwalk Community College, 2003) and is offered for the convenience of the court and the parties.

### FEBRUARY 4, 2003
### Direct examination of Thomas Scanlon by Mr. Colombo.

**Pg. 2** Officer Scanlon has been a Stamford police officer for 6 years, and a Darien police officer for 1.5 years prior to that. Had 4 months training at Municipal training academy at Meriden.

**Pg 3.**  He's had training in making narcotics arrests and has made approx. 200 narcotics arrests. He worked the midnight shift on March 4, 2000. About 1 am, he noticed a car parked in the middle of the road in front of 27 High Street.

**Pg. 4**  He knew 27 High Street to be a house raided by Narcotics unit and an area of high drug activity.

**Pg. 5**  The car (Gold Taurus) then stopped in the rear parking lot of Fairfield Court Housing complex.

**Pg. 6**  He knows Powell because he is assigned to the West Side and Powell lives in the Village. Powell would be outside at four, five and six in the morning.

**Pg. 7**   Officer asked the driver of the car if he knew who was in his car and his response was no.

**Pg. 8**   Officer asked Larry if he could talk to him and he said yes.

**Pg. 9**   Larry said the guy in the car was looking for marijuana so he bought him over to Fairfield Court to get some.

**Pg. 10**   Powell said that he didn't have any drugs but crack cocaine was found in his knit hat.

**Pg. 11**   Officer felt numerous small, round, rock-like objects in the fold of his knit hat.

### CROSS EXAM BY PUBLIC DEFENDER MARK WELSH

**Pg. 13**   Scanlon was traveling eastbound on Main Street when he saw a car parked in front of 27 High Street.

**Pg. 15**   Scanlon was going twenty-five miles an hour down Main Street.

**Pg. 16**   Scanlon does not know which lights were on, the parking lights or the brake lights.

**Pg. 17**   He decided to investigate a suspicious vehicle but did not phone this in to the police station.

**Pg. 20**   Mr. Vakil parked his car in the front row of the parking lot at Fairfield Court. Officer was just pulling in when Powell was getting out of the vehicle.

**Pg. 21**   Officer indicated that he had seen Powell in relation to a narcotics type incident prior to this.

**Pg. 22**   Powell would be in Southfield Village hanging out in the lanes with drug dealers.

**Pg. 23**   Powell was stopped numerous times.  He was an issue nightly.

**Pg. 24**   Numerous is more than ten times.

**Pg. 25**   After speaking with the driver of the car it was apparent that the operator didn't know Powell therefore Scanlon believed that there was drug activity going on.

**Pg.  27**   Powell may not have heard Scanlon when he yelled out for him to stop the first time.

**Pg. 28**   Scanlon yelled at the loudness that he thought Powell would hear him.

**Pg. 29** When Scanlon yelled for Powell to stop it was an request not an order.

**Pg. 30**   When Powell didn't stop Scanlon got out of his car to ask Vakil one question- Did he know who was in his car and his answer was no.

**Pg. 31**   Officer was parked perpendicular to Vakil- he was blocked in.

**Pg. 32**   People who don't know each other in a vehicle have admitted to narcotic use.

**Pg. 34**   Powell was knocking at door #12, which is the second door.

**Pg. 35**   They met halfway between the first door and the second door.

**Pg. 37**   If Powell had refused the search then he would have been free to go.  Powell was not informed that he was free to go.

**Pg. 38**   Powell was searched between buildings 11 and 12.

**Pg. 39**   Scanlon was concerned because drugs and weapons go hand-in-hand.

**Pg. 41**   The search started with the hat and drugs were found there.

### DIRECT EXAM OF OFFICER BRIAN CRONIN BY ASST STATE'S ATTORNEY COLOMBO

**Pg.  45** Worked for SPD for 6 1/2 years and is assigned to Narcotics and organized crime. Also worked undercover.

**Pg. 46** Involved in close to 100 narcotic offenses.  Received 20 to 40 hours of training.

**Pg. 47** Officer was in full patrol uniform on 3/4/00 and was working with partner Dogali on the midnight shift.  He was on West Main Street when he heard the scream of code 20.

**Pg. 48**   Code 20 means to respond ASAP with lights and sirens.

**Pg. 49**   Dispatch tried to re-contact Scanlon but he couldn't respond.

**Pg. 50**   Officers were scared.  They parked in the lot off of High Street and ran towards the courtyard.

**Pg. 51**   Cronin was the first person out of the car.  He had his flashlight, handcuff, mace and gun.

**Pg. 52**   Scanlon was behind Powell and Powell was swinging his elbows violently back and forth grazing Tommy in the head. Both parties were facing down.

**Pg. 53**   Powell's feet looked like they were doing a dance as he tried to get a better stance.  It looked like an all out fight was going on.

**Pg. 54**   Cronin tried to help Tommy by sprinting over to them and kicking down on one of Powell's legs.

**Pg. 55**   Cronin ran as fast as he could. He weighed 185lbs.

**Pg. 56**   It was two seconds between the times Cronin saw Scanlon and when he physically came down on Powell's leg.

**Pg. 57**   Cronin struggled with Powell's legs for a good 20 seconds after getting there.

**Pg. 58**   EMS was called.  Powell said his leg was hurt.

**Pg. 59**   Cronin remembers seeing a heavyset woman in the third floor window looking out.

**Pg. 62**   Cronin wasn't aware if Powell given his Miranda rights.

**Pg. 64** Cronin says that Powell asked what did the Officer find? How many bags did he get? Were they on the ground?

**Pg. 65** Cronin did not respond to Powell.  Cronin took 11 photos of Scanlon (State's Ex. 3).  The lower steel bolt that fastens the weapon was popped out and the leather was loose.

**Pg. 66** His entire holster and belt were covered and filled with mud and he had mud all over his pants.  His knee was red and swollen and he was winded and sweaty.

**Pg. 67**   Cronin went into a dark area to save his partner.

### CROSS-EXAM BY WELSH

**Pg. 68** Officers Cronin and Scanlon were doing their reports in the same room.

**Pg. 69** At some point Cronin, Scanlon and Dogali were all in the same room filling out their reports.

**Pg. 70** Cronin was not carrying his baton, PR24 that night.

**Pg. 72** Cronin went in without holding any weapons in his hands.

**Pg. 73** Cronin's report states that Powell had his knees and feet off the ground at the same time struggling with Scanlon.

**Pg. 74**   Powell was bouncing himself on his hands and his feet and he's alternating hands throwing his elbows back and widely at Scanlon.

**Pg. 75** Cronin was 24 on the date of the incident.

**Pg. 77** Cronin was twice Powell's age at that time.

**Pg.  78** Cronin asked Powell to stop resisting.

**Pg. 80** After Powell asked to give them his hands after he was kicked.

**Pg. 82**.  Powell was asked to put his hands behind his back but he did not comply with the order.

**Pg. 83** Pictures were taken of Scanlon but none of Powell.

**Pg. 84** The purpose of the pictures was to document the injuries so that the city would be billed for his injuries.

**Pg. 85** There are no photo depicting any injuries or marks on the neck.

**Pg. 86** It was unknown if Powell had cash on him.

**Pg. 88** It was standard procedures for all officers to fill out their reports in this one room. Officers were unaware that the screw has actually busted out until they were finished with the reports.

**Pg. 89** Cronin did a supplemental report in the case.

**Pg. 90** Cronin admits to kicking down on Powell's lower leg.

**Pg. 92** Everybody everyday says, "fuck you" to Cronin while at work.

**Pg. 93** Cronin denies striking Powell with a flashlight or a baton.

**Pg. 94** Cronin didn't know it was Powell until after he was handcuffed and they turned him over. He took no satisfaction in arresting Powell.


### REDIRECT BY COLOMBO

**Pg. 95** Cronin states that Powell said, "you young cops are making it hard for me to make money in Southfield Village".

**Pg. 97** Powell was on his hands and his feet almost like a football position.

**Pg. 98** Photos are taken with a $50 Polaroid camera, which has no specialized graphic zoom lens.

### RE-CROSS BY WELSH

**Pg. 99** Cronin does not recall taking pictures of the injuries to Scanlon's neck.


**02/05/03   Direct examination of Officer David Dogali of the Stamford Police Department by Mr. Colombo.**

**Pg. 2** Officer Dogali states that he works what is called the graveyard shift 11:00 p.m. to 7:00 a.m.   He worked this shift on or about March

4, 2000 with his partner Brian Cronin and they were assigned the One Baker Post, which is the Southfield Village.  The vehicle that they operated on this evening was a marked patrol vehicle.

**Pg.3** Officer Dogali states that about 1:00 a.m. he and his partner heard a transmission over the radio, which was a code 20 Fairfield Court by Officer Scanlon.  Code 20 is an emergency response, a request for an emergency assistance by another officer.  Officers responded to the area with light and sirens.

**Pg. 4** Dispatch tried to contact officer several times but officer did not respond.  Officer sounded frightened when he placed the code 20 call.  Officer Dogali did not know the position of Officer Scanlon, only that it was Fairfield court, which is a pretty big area.  Officer Dogali arrived to Fairfield court in about one to two minutes.

**Pg 5.**  Once on the scene Officer Cronin got out of the car first.  Officer Dogali was driving.  Cronin was about 7 to 10 feet ahead of Dogali.  Both officers began yelling out to Tommy (Officer Scanlon) to find his location.  Officer Dogali states that they heard Tommy yelling for help and saying, "Stop resisting"

**Pg. 6**  Officer Dogali states that at one point when he rounded the corner he could see officer Scanlon in a distance.  He saw the officer on the ground and it appeared that he was struggling with a party.  It appeared as if Officer Scanlon was at one point on his knees trying to hold onto an individual who was underneath him.  At times it seemed if Officer Scanlon was being lifted up off his knees and then back down onto his knees as if he was getting tossed around.

**Pg 7.**  At the time of the struggle, the suspect was swinging his elbows very wildly rearward toward Officer Scanlon's head and face area as the Officer stood behind him. At this time Officer Dogali states that he began yelling out to the suspect to stop resisting and to put his hands behind his back.  He went over to assist Officer Scanlon with in seconds after noticing the struggle.  Officer Cronin arrived first to help out.

**Pg 8.** Officer Dogali states that he recalls Officer Cronin going to the left of where Officer Scanlon was and the party was under him, and he saw Officer Cronin running straight ahead and the party that officer Scanlon was under had his legs straight up and Officer Cronin dropped down onto one of his legs causing that party to drop down flat onto the ground.  Officer Dogali ran over to the right of where Officer Scanlon

was and was reaching towards the individual's hands whose hands were moving at the time.  Suspect was still resisting.  Officer Dogali identifies the suspect in the courtroom and points him out.

**Pg. 9**.  At the initial time of arriving on the scene Officer Dogali did not know who the defendant was but as he got closer he recognized him, and he was screaming for him to stop resisting and please put his hands behind his back.   Officer shows the court a demonstration of how he and Officer Scanlon had to struggle with the defendant to get him handcuffed.

**Pg. 10**.  Officer Cronin was attempting to help grab one of the defendant arms, but because of all the kicking, he had to stop helping with the arms and take care of the kicking situation by going down on his lower legs to secure his legs.

**Pg. 11**.  Officer Dogali does not recall seeing anyone in the courtyard at this point.  It was somewhat dark, but there was some light.

**Pg. 12 - 14.**  Jury excused form the courtroom.

**Pg. 15**.  While leaving in the ambulance, the defendant was yelling out there's brutality in Stamford, Stamford Police Department has brutality.

**Pg. 16 - 19**.  Mr. Colombo,  Mr. Welsh and the court voir dire. Questioning if Sergeant Van Allen questioned the defendant.

**Pg. 20.**  Sergeant Van  Allen takes the stand for voir dire proceeding before his actual testimony in the jury trial.

**Pg. 22 - 23.**  Sergeant Van Allen states that he talked with the defendant at the scene and that Mr.Powell initiated the conversation. Mr. Powell was complaining that he couldn't see because he was pepper sprayed. Mr. Powell was unable to stand on his left leg and was complaining of pain in his left knee.

**Pg. 24.**   Mr Powell is at the hospital and he is asking who beat him.

**Pg. 25.**  Defendant realizes that Officer Dogali and Officer Cronin have helped subdue him and he begins to blame Officer Dogali.

**Pg. 26.**  Mr. Welsh points out that Sergeant Van Allen had asked the defendant a question and he hadn't been read his rights.

**Pg. 27**.  Sergeant Van Allan had also questioned the defendant at the hospital with out reading him his rights.

**Pg. 28.**  Mr. Colombo questions Sergeant Van Allan about his questioning the defendant about the narcotics.

**Pg. 29 — 30.**  Review of Sergeant Van Allan's police report. Sergeant is excused from the witness stand.  The court invites the jury down.

**Pg. 32.**  Officer Dogali returns to the witness stand.

**Pg. 33**.  Dogali says that defendant quickly calmed down and asked for help sitting up.

**Pg.34.**  Other officers on the scene are Sergeant Van Allen, Lieutenant Watrous, Officer Dogali, Officer Cronin, Officer Wynne, Officer Miranda and Officer Martinez along with a couple of other Sergeants.  Dogali rode with the defendant to the hospital.

**Pg. 35**.  **Cross-Examination by Mr. Welsh begins.**

**Pg. 36**.  Photos of Fairfield Court Complex are shown to defendant that have already been entered into evidence.  Exhibit C shows the area where the incident happened.

**Pg. 37**.  Exhibit D shows the Fairfield Court parking lot.  This photo shows the center grassy area between buildings 12 and 13 where Mr. Powell was located when Officer Dogali arrived.

**Pg. 38**.  Officer Dogali comes out the stand to demonstrate to the jury the position Larry Powell was in when he arrived.  He states that the defendant was between hands and knees rotating.  Arms coming up at other points, he was bucking up attempting to knock off Officer Scanlon. At this point he was on his knees. Officer says he was most frightened with these treacherous elbows connecting with Officer Scanlon's head or jaw or mouth.

**Pg. 40**.  Officer states that the equipment he is wearing now is not the same as the night of the incident.  He has a completely new rig.  He transformed form leather to nylon.  The handcuffs, pepper spray, rep magazines are all the same.  Officer thinks that all the equipment weights between 10 to 15 pounds.

**Pg. 41.**  Officer was sent to a second floor write-up room in the hospital to do his report. Officers Cronin and Scanlon were there also filing their reports.

**Pg. 42 - 47**.  Arguments between Counsels about the direction Mr. Powell was in when Officer arrived.   More arguing about what was put into or left out of Officer's report.

**Pg. 48.**  Officer Dogali testifies that as Officer Cronin was ahead of him he saw him drop down onto the defendant's left leg.

**Pg. 49.**  Officer Dogali demonstrates to the court what he saw.

**Pg. 53.**  Powell had a little cut over one of his eyes and was falling on the ground kicking and moving all over the ground.

**Pg. 55**.  Officer Dogali is excused from the witness stand and the State calls **Sergeant Martin**.

### Direct  exam by Mr. Colombo.

**Pg. 56**.  **Sgt. Martin** has been a Stamford Officer for twenty-four years and is currently assigned at the central districts where he supervises six to eight people.

**Pg. 57**. On the night of the incident Sergeant Martin was working the midnight shift and was in a marked police car when he heard the code 20 over the radio in which he responded to immediately.

**Pg.  58**. Upon arrival Sergeant Martin saw Officers Scanlon, Cronin and Dogali had a gentleman handcuffed on the ground and Scanlon looked like he had been in the fight of his life.

**Pg. 59**.  Scanlon's rear end, gun belt, gun, holster all had mud all over it.

**Pg. 60**.  Sergeant Martin found Scanlon's lost pepper spray by Unit 11.

**Pg. 61.** Cross Exam by Mr. Welsh. Welsh asked about photos being taken at the scene in which the answer was no. Witness is excused form the stand.

**Pg. 62.**  Mr. Colombo calls **Dr. Suzy Shukovsky** of Stamford Hospital to the stand.

**Pg. 63 - 64**.  Mr. Powell tells the court that he no longer wants Mr. Welsh to represent him out of hearing of the jury.

**Pg.66**.  Jury returns

**Pg. 68 - 69.**  The doctor gives her experience and background and is declared an expert by the court. Doctor says that Officer Scanlon had sustained multiple abrasions and contusions to various parts of his body and left hand and right knee.

**Pg. 73.**  Doctor says that the Officer also had injury to his hand.

**Pg. 77 - 79**.  State calls **Officer Thomas Mitchell** of the Stamford Police Department. He works in property and evidence.

**Pg. 82.**  The said drugs are admitted as a full exhibit.

**Pg. 83 - 85.** State calls **Dr. Milzoff** of the Connecticut Department of Public Safety control substance toxicology section in Hartford to the stand. Doctor is declared an expert.

**Pg. 87.**  Drugs are identified as being cocaine in the freebase or nonsalt form.

**Pg. 97** – **Sergeant Van Allen** is called to the stand and made an expert with regard to crime scene reconstruction.

**Pg. 101**.  When Sergeant Van Allen arrived to the scene Officers Dogali and Cronin were already there and they had the subject cuffed. He was lying on his right side in the middle of Fairfield Court.

**Pg. 102.**  Sergeant Van Allen says he saw Mr. Powell on the ground handcuffed behind his back and Officers Dogali and Cronin were surrounding him. Powell was still moving around quite a bit.

**Pg. 103.**  Officer Scanlon was breathing extremely heavy, his uniform was a mess, he was covered with dirt and mud, grass was imbedded in the back of his uniform belt, the gun belt, in the gun and the gun belt holder.  The bottom screw of the holster was missing it had been forced out.

**Pg. 104**.  Both Officers Dogali and Cronin were also breathing heavy.

**Pg. 105.**  Defendant was upset, he had laceration on his right eye and it was bleeding.  He was only able to put weight on his left leg.

**Pg. 107.** Drugs were seized and photographs taken of Officer Scanlon at headquarters.

**Pg. 109**. Slab of concrete where the struggle started had blood on it.

**Pg. 112.**  The grass where the struggle took place was pretty torn up and it extended from where the grass begins at the sidewalk till about 50, 60 feet into the center of the Courtyard.  Some one had been dragged, rolled and tackled.

**Pg. 115**. Defendant is ranting and raving about being beaten by the police.

**Pg. 128.** Sergeant says the defendant had a cut on the side of his eye that probably took ten or twelve stitches to close.

**Pg. 132**.  Sergeant says that he saw a blood contusion on the defendant's shinbone.

**Pg. 161 - 166.**   State calls **Sergeant Shaw** a Stamford Police Supervisor experienced in narcotic surveillance and arrest.  He is claimed an expert.

**Pg. 169**. Everything leading from 27 High Street, the area of building 12 and the courtyard is less than 579 feet.

**Pg. 172.** Expert (Shaw) says that normally a person selling crack cocaine would have more than one or two bags and that would be intent to sell.

**Pg. 173**. Street level drug dealers conceal the drugs in many ways: secret it in their persons, clothes, shoes, hats, etc.

**Pg. 176.**  Crack cocaine is individually packaged up in small glad sandwich plastic baggies and tied and cutoff at the ends.  They are in amounts of $20.

**Pg. 177.**  Drug paraphernalia in relation to crack cocaine is a small pipe 4-5 inches, small nip bottles from the package store.

**Pg. 178 - 179**.  You do not find paraphernalia on a dealer because he is selling the product and not using it.  It is found on the user.

**Pg. 180.**  Drug deals go down all times of day but they pick up at night.

**Pg. 181**.  Drug sales are mostly made over a cell phone or a pager and then the dealer will get in the car and meet the user somewhere.

**Pg. 182.**  Other paraphernalia for crack cocaine is a beer or soda can, and tin foil.

**Pg. 185**.  Drug users don't usually hide their drugs like a dealer would.

**Pg. 188**. A user can use 6 bags of crack in one night.

**Pg. 189**.  As an expert opinion, a user who had drugs in their possession would not likely have money on them if they were caught with drugs.

**Pg. 190.**  Dealers normally keep their cash away from the drugs to avoid it being seized with the drugs.

**Pg. 192**.  Normally a drug user would not have 6 individual bags of crack on them.  If they had the $120 to purchase that amount then they would have it in one big rock so they could get more for their money.  Separate baggies is consistent with selling.

**Pg. 196**.  If a user shows up with $120 and all the dealer has is individual $20's bagged up then instead of the one big rock, the user will get the individual bags.

### February 6, 2003

### Direct Examination by Mr. Welsh of Mr. Larry Powell.

**Pg. 1.**  Mr. Powell is now 51 but was 49 on March 4, 2000.

**Pg. 2.**  Powell says that he never interfered with any of the officers on this date but he did drop his hands.  Powell worked with cousin in Bridgeport remodeling a house until 11:00 p.m.

**Pg. 3.**  After work he went to his mother's house on Old Pressure Street, Stamford to take a shower.

**Pg. 4.**   Powell went to Fairfield Court to meet a lady friend in the area of Bldg. 13.

**Pg. 5**. Powell informs the court that he is a diabetic.

**Pg. 6**.  Powell left his mother's house around 12 o' clock.  He saw two guys outside talking, he knew one of them and they were looking for a bag of weed.

**Pg. 8.**  Powell gets a ride to Fairfield Court with the two guys who wanted to purchase weed.  He noticed a police car had turned around in the street and may have been following them.

**Pg. 10**. Powell arrives at Fairfield Court and he gets out the car.  He tells the two guys that there is no one out here.

**Pg. 12**.  The car begins to back up and is ready to leave.  Police car is now in the same parking lot.  Powell goes to ring the doorbell to door thirteen when Officer Scanlon yelled for him to stop.

**Pg. 13.**  Officer asked Mr. Powell if he could see him and Powell began to walk towards him.

**Pg. 14.**  Officer Scanlon asked where was he going and then asked to search him. Powell thought the car with the two guys was gone at this point.

**Pg. 15.**  Mr. Powell was wearing a black pair of pants, black shoes, black Raider jacket, and a black Raider tobargan (hat).

**Pg. 16.**  Mr. Welsh is showing the witness and the court a Notre Dame hat.

**Pg. 18.** Mr. Powell is being searched.  Hands up, feet spread apart.

**Pg. 19.**  While talking, Officer did a second search and at this time Mr. Powell dropped his arms and his head.  Powell felt something go across the top of his head.  Officer shoved his hands back up and placed him under arrest for interference.

**Pg. 20.** Once being led away from the wall Mr. Powell then realized that he had been pepper sprayed because he can feel something coming towards his eyes from his head and it was burning.

**Pg. 21.** Officer then bought Mr. Powell between the wall and the walkway. Girls are now out side yelling to Officer, "Why are you arresting him? He didn't even do anything".

**Pg. 22.** Girls' names were Vera and Delouse. Powell does not know the other girl. Officer had Powell on the ground face down with one foot on the ground and holding on to the handcuffs.

**Pg. 23.** As the crowd began to get too close to the Officer, he used his radio and called in some kind of code. Officer Cronin arrived.

**Pg. 24.** Mr. Powell has great respect for Officer Cronin because he was always polite. Powell is often out late in his neighborhood collecting cans without any problems from the police.

**Pg. 25.** On March 4, 2000, Mr.Powell weighed around 200 or 210. He now weighs about 230-240.

**Pg. 26.** Officer Cronin says that they've wanted Powell. Powell ask for something to wipe his eyes and Cronin began to swear.

**Pg. 27.** Officer Cronin said F--- you to Powell and Powell returned the favor. Powell felt a blow that dazed him.

**Pg. 28.** Officers tried to stand Powell up and he was in pain. They noticed the bone sticking out of his leg and then they sat him back down.

**Pg. 29.** Photos taken by Attorney Russell of the injury to Powell's eye is being shown to the jury.

**Pg. 30.** Jury is shown Photos of Powell's fracture shinbone.

**Pg. 31.** Powell had no pain in his leg until he stood up. Paramedics arrived and rinsed his eyes then wrapped and applied ice to his leg.

**Pg. 32.** Powell knew he was knocked out and the blood on his face confirmed that.

**Pg. 33**.  Sergeant Van Allen arrived on the scene. Powell is taken to the hospital and Dogali rides with him.

**Pg. 34.**  Powell unaware at the scene who hit him because his face was on the ground and his eyes were closed and they were talking.

**Pg. 36**.  Officers searched the car that Powell rode in.

**Pg. 38.**  Powell may have announced to Officers that they were going to pay for breaking his leg.

**Pg. 39.**  When Dr. asked Mr. Powell what happened to him the chief told him that Powell was on the second floor and they had to bring him down and when he was running the baton was thrown at his leg.

**Pg. 40**.  Sergeant Van Allen was holding something in his hand but Powell didn't know what it was then Sergeant asked him if he knew what it was and then he just walked away.

**Pg. 41.**  Powell was unaware of any drugs until he got to the hospital.

**Pg. 42.**  Powell says that he had no reason to fight with any of the Officers.

**Pg. 43.**  Powell did carpentry work to support himself.

### CROSS EXAM BY COLOMBO.

**Pg. 46.**  Powell testified that he has a record but nothing violent.

**Pg. 48.**  Powell asked to recall his testimony of 7/11/01 when he said that he was not guilty but he pled guilty.

**Pg. 49.**  Powell's testimony said that he had never been convicted of a crime.

**Pg. 50.**  Powell says he does not remember testifying that he had never been arrested for a crime.

**Pg. 51 - 53.**   Powell questioned about being on drugs.

**Pg. 53**.  Powell asked to recall his testimony that he sniffed cocaine and that he went to jail for six weeks for contempt.

**Pg. 54**.  Powell said he went to jail for child support.

**Pg. 55**. Colombo asked that the testimony be turned into a full exhibit for prior inconsistency, which is denied.

**Pg. 56**.  Powell says that he had been arrested for child support and larceny.

**Pg. 57**.  Powell doesn't remember making the statements from his testimony.

**Pg. 58**.  Powell recalls March 4, 2000 very well due to his pain and suffering.

**Pg.  59**.  Powell says he worked in Bridgeport doing carpentry until about 11:00, 11:30 p.m.

**Pg. 60**.  Powell asked about cooking cocaine in the Bridgeport apartment in which he says he knows nothing about cooking cocaine.

**Pg. 61.** Powell asked about paying income taxes.  He hasn't paid in 12 years.

**Pg. 62 - 63.**  Colombo asks Powell for written verification stating that he had in fact worked.

**Pg. 64.**  Colombo states that Powell couldn't help the Indian gentlemen who wanted reefer because he only had base.

**Pg. 65**.  Powell says that it is a known fact to everyone that there are drugs in Fairfield Court.

**Pg. 66**.  Powell got a ride with a total stranger because he thought he was a cop since his car looked like an undercover police car.

**Pg. 67.**   Colombo says 27 High Street is a crack house.

**Pg. 68.**  Powell denies that his car was ever parked in front of 27 High Street.

**Pg. 69.**  Powell reviewed a statement from Powell's deposition where he said that he was going to get the weed from Flo's house.

**Pg.  70**.  Powell has trouble remembering his deposition.

**Pg. 71.**  Powell says that no one was out there when they pulled up to Fairfield Court.

**Pg.  72.**  Powell says that he doesn't know any of the drug dealers' because he wouldn't know who was dealing drugs.

**Pg. 73.**  Colombo asks Powell how did the cocaine get into his system that showed up on the medical report.  Powell says that that has not been proven.

**Pg. 75.**  Powell does not remember saying in his deposition that he had no idea how the cocaine got into his system.

**Pg. 76.** Powell is shown his consent form from the hospital.

**Pg. 77.**  Powell confirms his signature.

**Pg. 78 - 79.** Colombo reads the consent form to the court.

**Pg. 80.**  Colombo asked if Powell seen Scanlon when he arrived to Fairfield Court.

**Pg. 82.**  Powell says that he could see the police car pulling in but he could not see the face of the driver.

**Pg. 83 – 84**.   Jury excused for lunch. Colombo continues.

**Pg. 85 - 86** Colombo asks Powell about his civil suit for one million. Powell says it's more like 5 million.

**Pg. 87**.  Scanlon stopped Powell in front of building thirteen. Deposition says it was building 12.  Powell doesn't recall saying that.

**Pg. 88.**  Powell can't remember what was said three years ago in his deposition.

**Pg. 89**.  On March 4, Powell was going to visit a friend named Florene in Fairfield Court.

**Pg. 90.**  Powell can't remember the name of the woman he was going to meet.

**Pg. 91**.  Powell's deposition (pg.44) says that he was going to check this girl. The girl was also a stranger.

**Pg. 92.**  Powell does not recall testifying that he didn't know the name of the person whose door he was going to buzz.

**Pg. 93.**  Powell's deposition says that he was going to building 12 and he didn't know the name of the person.  He thinks that Flo Gamble may have buzzed him in.

**Pg.  94.**  Powell deposition says that the young lady was doing some kind of sleep-in work.  Colombo says the sleep-in work was cooking crack cocaine.

**Pg. 95**    Powell says he doesn't know anything about sleep-in work. She was from out of town and he met her at Florene's apartment.

**Pg. 96.**  Powell's deposition says that she wasn't staying with Flo, she was just going to be there until he arrived.

**Pg.  97.**  Powell and the young lady he was meeting had no particular plans for that night.

**Pg. 98.**  Officer Scanlon asks to search Powell.

**Pg. 99 - 100**.  Scanlon asks if he have any drugs or weapons, Powell says no.  Powell never gave permission to be searched.

**Pg. 101-102**.  Powell is shown the hat he was wearing on March 4. He doesn't recognize the hat or the Notre Dame symbol on the hat.

**Pg. 103.**  Powell said he didn't have any drugs.  Scanlon maced and cuffed him.

**Pg. 104.**  Powell was searched three times.

**Pg.  105.**  Powell was arrested for interference when he dropped his arms for the second time.

**Pg. 106.**  Once upon a time, Scanlon gave Powell a ticket.

**Pg. 107.**  Powell hands were on the wall, he dropped his hands and his head at the same time this is when he felt something across his head.

**Pg. 108.**  He didn't see anything, he just felt something wet across his forehead.  He knew it was mace because of the burning in his eyes.

**Pg. 109**.  Powell's hands were down and he looked down and he felt the mace and the officer grabbed his arm and told him that he was under arrest for interference.

**Pg. 110.**  Stuff was running down Powell's face and he could smell the fumes, which began to burn his eyes, which got worse and worse.

**Pg. 111**.  Without saying a word, Powell was maced and then handcuffed then the Officer said that he was under arrest.

**Pg. 112.**  Powell is unsure if anyone was around at this time.

**Pg. 113.**  Officer Cronin arrived but would not help Powell to wipe the mace from his face. Cronin said Fuck You!

**Pg. 114.**  Powell returned the Fuck you and that is when he was hit in the leg.  Colombo questions how he knows who hit him if he could not see.

**Pg. 115.** Powell was hit because he cursed Cronin.

**Pg.  116**.  Powell believes that if Cronin had his gun out when he cursed him that he would have shot him.

**Pg. 117.**  Powell was hit in the head by an object and he was dazed when he came to, his leg was broken.

**Pg. 118.**  It was stated in Powell' s deposition that he broke my leg until my bone completely came out of my skin.

**Pg. 119**.  Powell could see the white bone sticking out of his leg. Dr. said he was hit twice.

**Pg. 120.**  Powell dismissed Atty. Russell because he felt he was in cahoots with the SPD.

**Pg. 121**.  Phil Russell came to Mr. Powell and he told him what happened and who broke his leg.

**Pg.  123.**  Powell said Russell was working with the police because he knew too much information and he was not at the scene.

**Pg. 124.** Powell hired Russell.

**Pg. 125**.  Russell wanted Cronin for doing damage to too many people.

**Pg. 126**.   Powell had Russell for 2 ½ years.

**Pg.  127.**  With so much going on, Powell didn't realize that Russell wasn't representing him.

**Pg. 129 - 130.** Powell's testimony is being read to him where he is stating that Cronin was an understanding cop and that Cronin would let kids go if Powell asked him to.

**Pg. 131.**  Powell is confused as to why Cronin beat him up.  He thought that they respected each other.

**Pg. 132.** Powell never heard Cronin running.

**Pg. 133**.  Powell witnessed the search of the Indian car, which was less than 10 feet away.

**Pg. 135 – 136**.  Arguments as to where the middle of the courtyard is.   Powell said that there was never a struggle.

**Pg. 137**.  Powell says there is no red dirt in the courtyard like the dirt on Scanlon's uniform.

**Pg. 138**.  Reviewing photographs of Scanlon that was taken March 4, 2:20 a.m.

**Pg. 139**. Powell didn't see Scanlon get dirty because HE was the one on the ground and HE wasn't that dirty.

**Pg.  140.**  Powell says there was no scuffle and he was not kicking. The dirt was planted on Scanlon.

**Pg. 141.**  Powell said that one of Scanlon knees was in his back and the other on the ground and that may have been where he got the bruise.

**Pg. 142.**  Powell's family went out to the scene the next morning and there were no tread marks in the grass just blood from his leg.

**Pg. 143**. Powell and Scanlon met in the middle of the building and that is where Scanlon laid him down and they never went any further.

**Pg. 144.** Powell said that Officers had no reason to be out of breath.

**Pg. 145.** Powell does not know where the drugs came from. Powell agrees that the code 20 was from the four men surrounding Scanlon.

**Pg. 146**.  The men were getting too close and surrounding Scanlon so a code 20 was called.

**Pg. 147**.  Powell denies saying that he broke his leg on his ex-wife's back door.

**Pg. 148**.  Powell had a 22 oz of Old English Eight Hundred this night.

**Pg. 150**.  Powell worked odd jobs three days a week to make money.

**Pg. 152**.  Powell said at one time he was drug dependent.

**Pg.  158**.  Powell's x-rays are bought into exhibit.

**Pg. 159**.  Powell said that one of the four girls was Vera Carter.

**Pg.  160**.  Another was Della Morgan.

**Pg. 161**.  Powell says that the police threatened his witnesses.

**Pg. 162**.  Colombo says Powell didn't feel any pain because he was on cocaine and alcohol.

**Pg. 163**.  Powell does not recall any blood being taken at the hospital.

**Pg.  164**.  Powell took percocet for a toothache.

**Pg. 165**.  Powell said he was in good enough shape to be operated on.

**Pg. 166**.  Powell wanted to see his family before they began operating.

**Pg. 167**.  Powell was unaware that his mother had to sigh a consent form because he was under the influence.

## REDIRECT BY WELSH

**Pg. 169.** Scanlon must have dropped the pepper spray when he immediately handcuffed Powell after spraying him.

**Pg. 170.** Powell returned to Fairfield Court to see his blood that was still on the ground.

**Pg. 171**.  Powell returned about seven days after the incident.

**Pg.  172.** Powell's only visit to 27 High Street was with Welsh and an investigator.

**Pg. 173**.  Powell is right handed.

## Re-cross by Colombo

**Pg. 178 - 179.**  Powell says that he was arrested 11 days after his leg being broken for violation of probation for assault of a police officer.

**Pg. 181**.  Colombo says the violation also had possession and the sale of narcotics.

## February 11, 2003

## Direct Examination by Mr. Welsh of Vera Carter.

**Pg. 1.**  Vera Carter, 8 Woodland Place, DOB: 5/5/69.

**Pg. 2.**  Vera is 33 yrs. And she has known Powell since she was about 13.  On March 4, she lived at Thirteen Fairfield Court, Apt 120.

**Pg. 3**.  3/4/00 was a quiet night.  Vera could see the courtyard from the window in her apartment.  She saw officer tackling Larry to the ground.

**Pg. 4.**   Vera was looking out of her hallway window where she could have a better view.

**Pg. 5**.  Vera could see that Larry was being beaten with the flashlight. She heard a lot of keys and running and that is why she ran to the window.

**Pg. 6**.  Larry wasn't doing anything when he was tackled to the ground.  It was 3-4 officers and they were hitting him all over.

**Pg. 7.** Vera went to get his wife Eva.

**Pg. 8**.  Vera was up getting high off of cocaine when this happened.

**Pg. 9**.  Vera is sure of what she saw.  She is in treatment and has been clean for almost a year.

## CROSS EXAM BY COLOMBO

**Pg. 12**.  Because Vera was an active drug user she was afraid to give her address or any information because the SPD tries to intimidate you and she was afraid.

**Pg. 13—14**.  Officers came to Vera's sister house to intimidate her.

**Pg. 15**.   Police is trying to intimidate her because they had no business assaulting Powell.

**Pg. 16.** Vera didn't give her address because she didn't want to be harassed.  She gave her sister's address.

**Pg. 18.** Vera was evicted for having too much traffic in her house but denies she ran a crack house.

**Pg. 19-20**.  Vera denies Larry bringing cocaine to her house for her to smoke.

**Pg. 21**.  Vera denies that Powell was coming to her apartment to smoke crack and she was not the lady he was going to meet.

**Pg. 22**.  Vera's hallway window was open.

**Pg. 23**.  Confusion as to where Vera is saying the incident took place.

**Pg. 24**.  Vera is pointing on the picture where the incident took place.

**Pg. 25**.  Vera spoke to Welsh about Powell's case but she never signed anything.

**Pg. 26.**  Welsh say that there is no statement.

**Pg.  27**.  Vera spoke to Welsh three times about the incident.

**Pg. 31**.  Vera stuck her head out the window to look at this.

**Pg. 32.**  Vera denies Powell being her sole supporter of getting crack.

**Pg. 33**.  Vera said that as far as she knew Powell did drugs.

**Pg.  34**.  Vera doesn't know if Powell does drugs.

**Pg. 35**.  Vera was never Powell's girlfriend.

**Pg. 36**.  Vera said that the SPD is good at intimidating people.

**Pg. 37**.  Vera got her crack that night from outside.

**Pg. 38.**  Powell did not cook crack and then bring it to Vera and she was not his number one supplier of crack.

**Pg. 39.**  Vera said that the incident happened at three or four in the morning and that she had just started smoking crack.

**Pg.  40.**  Vera eventually got evicted for smoking crack and living in public housing.

**Pg. 41–42.**   It is no one's business how Vera got her crack cocaine.

**Pg. 43**.  Before the incident Vera was at her mother's in Southfield Village, down the street form Larry's.

**Pg. 44.**  Vera walked home from her mother's house and she walked on High Street to get to her house.

**Pg.  45.**  Vera unaware that they raided 27 High Street and that it was a crack house.

**Pg. 46**.  It took Vera 15 minutes to walk home.

**Pg. 47**.  Vera went to bed when she got home.  No one was supposed to come over to meet Larry.

**Pg. 48.**  Vera got up and went out around midnight to get crack.

**Pg. 49-50.**  Vera refuses to say where and who she got her crack from.

**Pg. 51**.  Vera does not recognize or know whom the hat belongs to.

**Pg. 52.**  Vera purchased crack in a different bag than what is shown in State's exhibit.

**Pg. 53**.  Vera examines State's 2 and picks out her bag.

**Pg. 54.**  Vera's hallway windows had bars on them and they stayed open all the time.

**Pg. 55**.  You can still easily see to the courtyard because it was so close.

**Pg. 56.**  Vera not sure if and when Powell filled a law suit.

**Pg. 57.**  Vera does not remember getting a call from Sergeant Kearns. She can remember the incident because it was so horrible.

**Pg. 60.**  Vera and Powell did not have a relationship.  She was unaware that he went to jail for this incident.

**Pg. 62.**  Vera didn't talk sooner because she didn't want to be bothered with the police.

**Pg. 63.**  Vera didn't write down any of what she saw that night.

**Pg.  64.**  Vera seen SPD beat up on black people before.  Powell was beaten with a flashlight or something big and black.

**Pg. 65.**  The weapons were pulled out of their sides.

**Pg.  66**.  Police dragged Powell by his arms.

**Pg. 67.**  After Vera returned with Powell's wife, a few people came outside. She heard one of the ladies named Fay talking about how they treat black people.

**Pg. 68.** Vera spoke up after three years because it was the right thing to do.

**Pg. 70**. Vera does not recall seeing Flo Gamble that night and she does not know Della Morgan.

**Pg. 71.** It looked like Powell was running from the cops.

**Pg. 72.** Powell was maced but was not resisting arrest.

**Pg. 73-74.** Powell was beaten all over his body as he lay on his stomach with his hands cuffed behind his back.

**Pg. 75**. Powell was beaten up because of his race.

**Pg. 76.** Vera yelled this was like Rodney King. She didn't see any of the officer's faces.

**Pg. 77.** Because it was dark Vera cannot ID any of the officers but she could see Powell's face and know that he was bleeding.

**Pg. 78.** Vera was one of the four women outside.

**Pg. 79.** Vera did not see him get handcuffed. The officers were chasing him through the parking lot and through the grass.

**Pg. 80.** Powell was running from the dead end.

**Pg. 81.** Vera doesn't recall seeing blood on the concrete, only in the grass. Powell did not charge at the officer.

**Pg. 82.** Vera did not see officers rubbing dirt on their uniforms or anywhere else.

**Pg. 83.** The dirt in Fairfield Court is reddish. Officer was breathing heavy.

**Pg. 84**. Did not see officer inflict any bruises to himself or scuff marks in the grass.

**Pg. 85-86.** Officers were breathing hard from chasing Powell. Vera never saw the hat and she did not see the officers plant any drugs.

**Pg. 87**.  Vera won't talk to the cops about the incident because they are responsible.

**Pg. 88.**  Vera doesn't remember when she finished smoking crack that night but says that it was real late when she started.

## REDIRECT BY WELSH

**Pg. 89.**  The first time Vera spoke to anyone about what she saw was a couple of months ago. (Welsh & friends)

**Pg. 90.**  Vera told Welsh exactly what she saw.

**Pg. 91.**  Welsh was taking notes but Vera never signed a formal statement.

**Pg. 92.**  No recorded statement of what Vera saw and no documents signed.

**Pg. 93**.  Vera never dated Powell because he was too old for her.

**Pg. 94**.  Larry was not coming to see Vera that night and there were no bars on the hallway window that she was looking out of.

**Pg. 96.**  During the three years, no one ever went over the time with Vera but she knows that she was there.

**Pg. 97.**  Vera will never forget this night because she has never seen anything like it in her life.

## RECROSS BY COLOMBO

**Pg. 98.**  Vera says that SPD has killed black people and gotten away with it.

**Pg. 99-112.**  Long discussion between counsel and the judge. Raj Padeal can't be found.  **Marie Sales** from Liberation House to be bought in as a witness.

## Voir Dire by Welsh

**Pg. 114**.  **Marie Sales,** Director of Admissions at Liberation House for 5-6 years.

**Pg. 115.**  Witness is familiar with DMS 4.

**Pg. 116.**  Paranoia is a symptom of drug dependency.

**Pg. 117**.  Drug dependency: loss of family, living from house to house, job to job.

**Pg. 118.**  No records on Powell since 1996.  He is self reporting because he wasn't in treatment.

**Pg. 119-120**.  Based on conversation with Powell and old records he is still dependent. He was using more and more often, family problems, legal and positive urine.

**Pg. 122.** If a client is abusing or dependent will determine if they were to be an outpatient or an inpatient.

## Voir Dire Colombo

**Pg.  123**.  After a half an hour conversation with Powell it was determined that he was drug dependent three years ago.

### Welsh
**Pg. 124.**  No treatment does not mean no dependency.

## Colombo

**Pg. 126.**  Clients often come to Liberation House to get our of some mandatory jail time.

**Pg. 128.**  Witness does not have a Board Certification under American Psychiatric Assoc.

**Pg. 129.**  Witness has not read the DSM lately.

**Pg. 130**.  Witness does not recall the DSM definition of psycho active substance abuse dependence. But she knows and gives the seven factors of it.

**Pg. 131**.  To qualify you have to have three or more that are in existence over a 12-month period of time. (1. verbal evaluations. 2. 3/4/00- urine screen)

**Pg. 132.**  Percocet won't show up positive for cocaine.  No written document of #1. tolerance only verbal.

**Pg. 133-135.**   No document of  #1. tolerance, #2. withdrawal , #3. verbal). #4.- persistent desire or unsuccessful effort to cut down on controlled substance. #5.-time spent in activities necessary to obtain substance abuse. #6.- social occupational activities are given up #7- substance abuse is continued despite knowledge of having a persistent recurring physical or psychological problem.

## Welsh

**Pg. 135-136. T**here is no documentation because Powell wasn't in treatment. Powell tested positive for cocaine on date of the incident, then after in incident in November and in July 1996 at L and G program again after that.

**Pg. 137**. Powell meets 3 of the 7 factors in the DSM 4 manual: taking more substance for a longer period of time, giving up recreation or activities, relationships with family and unsuccessful attempts to stop or reduce use and #5.  **HE MEETS 1-7 VERBALLY.**

**Pg. 138**.  Involvement with the law will also be an indicator that a person was still using.

**Pg. 139.**  License in marriage and family therapy also includes training with the DSM 4.

**Pg. 140.**  Powell indicated what his situation was on 3/4/00 to the witness but he did not indicate that he ingested narcotics the day before or within reasonable time period of 3/4/00.

**Pg. 141.**  A positive urine means that drugs had been used anywhere from three to four days before hand.

**Pg. 141-148**. Discussion to determine is Ms. Sales is an expert.

**Pg. 147** (lines 16-22) Judge does not feel that she meets the requirements of being an expert.

**Pg. 148-149**.  Colombo asks the court to strike Vera Carter's testimony from the record for failure to comply with the Practice Book. **–Motion Denied.**

**Pg. 149-150.**  Questioning the up coming testimony of Dr. Backe.

**Pg. 151-152.**  Court is reviewing the report of Dr. Backe.

**Pg. 153-161**. Discussion about the Dr.'s report, new witnesses and what questions can be asked by the witness.

**Pg. 162-163.**  Juror is being excused and a new one is being picked.

**Pg. 164.  Colombo calls Della Morgan to the stands.**

**Pg. 166.**  Della lives in Fairfield Court, bld 4.  Her bedroom window shows a view of the courtyard.

**Pg. 167.**  Della was watching TV on 3/4/00 about 1:00am.  She saw Powell and officer talking and then she heard a scuffle.

**Pg.168.**  Once the fell she couldn't see any more because the tree was blocking her view.

**WELSH**

**Pg. 169.**  One of her children was arrested last week.

**Pg. 170.**  Della denies speaking to John McNichols of Phil Russell's office several years ago.

**Pg. 171.**  Welsh showing Della Defendants Exhibit M (photo of her apartment and window)

**Pg. 172.**  It is now marked a full exhibit.

**Pg. 175**.  Della did not have her glasses on when she first saw what was going on.

**REDIRECT BY COLOMBO**

**Pg. 175.**  Della was contacted by the defendant's office to testify but then they decided not use her.

**STATE CALLS FLO GAMBLE**

**Pg. 177.  Flo Gamble**, 109 George Street, Bpt, Ct. Flo lived in Fairfield Court in 2000.

**Pg.178.**   Powell wanted Flo to testify seeing him get beat up but she didn't see that. She saw two officers one with each of Powell's arms and he couldn't walk.

## WELSH

**Pg. 179.**   Flo was in the shower when Powell rang her bell on the night of the incident.  Flo lived on the third floor.

**Pg. 180.**   Defense never asked Flo to testify.  Flo was unaware that Powell was coming to her house that night.

## STATE CALLS SERGEANT KEARNS

**Pg. 182.**   Worked for SPD for twenty-eight years.

**Pg. 183.**   Vera Carter did not want to give a statement.  She said that she did not want to get involved and hung the phone up.  She did not give the police a signed statement.

## WELSH

**Pg. 184.**   It is common for people with substance abuse problems to be leery of getting involved with the police.

## STATE CALLS BRIAN CRONIN

**Pg. 187.**  He did not notice anyone outside when he arrived on the scene.

## WELSH

**Pg. 188.**   Cronin does not recall Vera asking is she could wipe Powell's face.  After other officers arrived he went to the hospital.

**Pg. 189.**   Cronin does not recall someone getting Powell's wife or her being out there.

**Pg. 191.**   Pepper spray is usually cleaned out at the police station with eyewash.

## REDIRECT BY COLOMBO

**Pg. 192.**  Officer Cronin recognizes Vera very well but does not recall seeing her at all in the vicinity when he arrived or after the incident.

## WELSH

Pg. 194.  Cronin admits that you can see the courtyard from Bldg 13 second floor window.

## COLOMBO

**Pg. 194.**  Cronin did not threaten a group or told them to stay in their houses.

## STATE CALLS OFFICER MICHAEL MIRANDA

**Pg. 196.**  Worked for SPD for the last 6 years.

**Pg. 197.**  At about 1:00 am on March 4, 200, Miranda heard a piercing scream over the radio then immediately responded to the scene.

**Pg. 198**.  Dispatch was trying to contact Officer Scanlon several times

**Pg. 199.**  Code 20 means that an Officer is fighting and he is in desperate trouble.

**Pg. 200.**  Miranda was the forth officer on the scene and there was not four women surrounding Scanlon.  It was only Scanlon and the two other officers and Powell had just been handcuffed.

**Pg. 201**.  Vera Carter never appeared during the entire incident.

## CROSS EXAM BY WELSH

**Pg. 202.**  Code 20 is serious and evidence should be preserved.

**Pg. 203**.  Miranda knows where Vera lives.  He was leaving when the ambulance arrived.

**Pg. 204.**  Pepper spray is usually cleaned out at headquarters, but if Maranda had a handkerchief or anything he would wipe their eyes.

**Pg. 205.**  Miranda was leaving when he could hear the ambulance arriving and there were 5 to 10 officers out there and yet not a sole was out side or looking out of their windows.

**Pg. 206.**  Miranda checked the area after he arrived to make sure Scanlon was ok and to see if there was anyone else involved because de did not know why he was screaming for help.

**Pg. 207.**  Miranda checked to see if anyone was out there (witnesses) but he never knocked on doors to see if anyone had been looking out of their windows.

**Pg. 208.**  Sergeant Van Allen cleared the scene for certain officers. Hundreds of people live in Fairfield Court but no one came out to see what was going on.

**Pg. 209.**  Miranda left the scene three to five minutes after arriving. He never saw Powell's ex-wife come out.

**Pg. 211.**  Miranda was not obligated to do a police report.

## COLOMBO

**Pg. 212.** Miranda remembers the night so well because he has never heard a scream like that for help before and to date still has not.


## February 13, 2003

## DEFENSE CALLS DR. HENRY BACKE.

**Pg. 2.**  75 Kings Highway, Fairfield, Ct.

**Pg. 3.**  Expert as joint reconstruction and upper extremity surgery. **Court finds Dr. to be in expert.**

**Pg. 4.**  Roy Ward contacted Dr. Backe to look at Powell's x-rays.

**Pg. 5.**  Dr. Backe shows the court the x-ray (exhibit K) that shows a break in the large bone called the tibia.

**Pg. 6.**  Most tibia factures can be broken up into direct or indirect blow. Injury looks like a direct blow to the tibia because it is a short segment.

**Pg. 7.**  Blow would have come from the back or on the side.

**Pg. 8.** Exhibit J shows the injury came from a blunt force because of the area of injury of the skin and the soft tissue is larger than the cut so something had to crush the skin as well.

**Pg. 9.**  Injury caused by a blunt trauma on the inside of leg. Injury is consistent with a blunt trauma from a flashlight, billie club or a shod foot.

**Pg.10.**  Dr. Backe did not have permission from Powell to speak to the State's Attorney Office.

## CROSS EXAM BY COLOMBO

**Pg. 12.**  Dr. Backe's Legal Secretary told the doctor not to call Colombo back.

**Pg. 13.**  Dr. didn't call Colombo back because of HIPA- protection of patient's rights.

**Pg. 14.**  Dr. saw the x-rays, the operative notes and maybe the police report and the E.R. consultation.

**Pg. 16-17.**  Doctor would not change his opinion if he had known that patient had alcohol or cocaine in his system.

**Pg. 17.** If a person didn't feel any pain then they may have had a narcotic on board or some sedative.

**Pg. 18.**  If you were hit multiple times with a blunt object it will take time for the bruises to show up.

**Pg. 19**.  If the same force that hit the tibia hit another part of the body there would be a likelihood of another fracture.

**Pg. 20.**  If you were hit in the head with the same force and object as what broke the leg then you could have a skill fracture or a concussion.

**Pg. 21-22.**  If both legs are in motion then there's probably not a break because the bone would just push away.

If 180 or 200 pound person came running and jumped on your tibia the fibula would be broken also.

**Pg. 23.**  The facture is consistent with an object such as a foot coming down.

**Pg. 24.**  It is unlikely that standing up caused the fracture to be opened.  This was a blunt injury and the actual blunt forced split the skin.

**Pg. 26**.  This is a grade one fracture –where there is less than a sonometer of opening.

## REDIRECT BY WELSH

**Pg. 27.**  If a person were completely comatose and nonresponsive, then most likely they would not sense the pain.

**Pg. 28.**  When you have adrenalin in your system you may negate pain.  If a person is on cocaine or has an alcohol level of 113 their pain if going to subdued.

**Pg. 29.**  Dr. Backe's opinion is that the injury came directly from the side.

**Pg. 30.**  The leg was not in motion for that instant of time where the fractured occurred.

**Pg. 31**. With enough force, if the leg is just planted on the ground by the phone with the knee free it could cause that fracture.

## RECROSS EXAM BY COLOMBO

**Pg. 33.**  Blood level of 113 means his blood alcohol level is higher that what is normal or what would classify it as being inebriated**.**   You would still feel pain but not to the same degree.

**Pg. 36.**  Percocet and cocaine are not one in the same.

## APRIL 17, 2003
## STATE'S COMMENTS

**Pg. 2.**  Powell hasn't been a productive member of society.  He has taken the easy way out.

**Pg. 3.**  Powell doesn't have a bad, bad record, but he has one.  He is not a productive member of the community.

**Pg. 4.** Powell lied about everything. He is a parasite on the community.

**Pg. 5.**  Powell is one of the lowest forms of human beings that I have seen by reading his PSI. Powell's a non-productive member of the community.

**Pg. 7.**  Powell has a very poor overall character.  Colombo asks for 10 years instead of the 17 years that he is eligible for.

**WELSH'S COMMENTS**

**Pg. 8.**  Powell suffers from a substance problem.

**Pg. 9.**  Powell does not want to admit to his serious substance problem.

**Pg. 10.**  Welsh ask for a suspended sentence or a minimal period of incarceration.

**Pg. 12.**  Powell has never been violent.

**Pg. 16.**  Growing up Larry had to be pushed even to fight.  He is not a violent person. He doesn't bother people.

**Pg. 25.**  *On the charge of assault of a police officer, Powell is sentenced to five years in jail followed by three years of special parole.*

*On the charge of possession of narcotics, Powell is sentenced to three years in jail, which will run currently.  The total sentence is five years followed by three years special parole.*

**Pg.26.**  Appeal bond set at $80,000.