**FILED**

2004 DEC 14  A 11: 59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Larry Powel
   Plaintiff

Thomas Scanlon and
Brian Cronin

Dec 13, 2004

The answer for summary judgment nature of proceedings.

I'm answering this judgement that my claim is against Brian Croninn based on the fact that he was the one that broke my legs with testimony and Phillip Russell who represent Brian in a case before and Russel also represented me in my criminal case

and I'm also asking for the sum of my judgement. A sum of 284,00 and timed served which I also have a law suit against Phillip Russel at the time and my criminal case is in the middle of an appeal.

*Larry Powell*
LARRY Powell

95 Dean St

Stafaford Ct

Dec-13-04

A copy of the Answer for summary Judgment was mailed or hand delievered

to City Hall. James V. Minor

City Hall Stamford
Thomas Scanlon and
Brian Cronin
      Defendants

888 Washington Blvd
Stamford, Ct
    06902

*Larry Powell*
LARRY POWELL