UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Larry Powell

V.                              Case Number:  3:00cv1085HBF

Thomas Scanlon, et al

NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on February 1, 2006 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on March 3, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, February 1, 2006.

                        KEVIN F. ROWE, CLERK

                        By: ___/s/_____
                            Diane Kolesnikoff
                            Deputy Clerk