# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY POWELL | : |
| | : **CIVIL ACTION** |
| Plaintiff | : |
| v. | : **CASE #: 3:00 CV 1085 (HBF)** |
| | : |
| OFFICER THOMAS SCANLON AND | : |
| BRIAN CRONIN | : |
| | : |
| Defendants | : JANUARY 30, 2006 |

## STIPULATION FOR WITHDRAWAL

The parties stipulate the above action is dismissed, with prejudice, since the parties have settled plaintiff's claims.

THE PLAINTIFF, PRO SE

_____
LARRY POWELL, pro se
118 Southwood Dr, Unit 1
Stamford, CT 06902
203-978-0635

THE DEFENDANTS
THOMAS SCANLON, ET AL

THOMAS M. CASSONE
DIRECTOR OF LEGAL AFFAIRS

BY _____
JAMES V. MINOR (ct06713)
ASSISTANT CORPORATION
COUNSEL
888 Washington Blvd.
P.O. Box 10152
Stamford, CT 06904-2152
(203) 977-4087
jminor@ci.stamford.ct.us

## ORDER

The above stipulation for dismissal with prejudice is ordered approved.

_____